AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| BALTAZAR REYES MIXTECO-TEMAXTLE | ) 3:25mj102/ZCB |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 22, 2025** in the county of **Escambia** in the **Northern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | - Illegal Reentry After Deportation or Removal |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cuong Vu, ICE Deportatoin Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/2/2025

_____
*Judge's signature*

City and state: Pensacola, Florida

Zachary C. Bolitho, U.S. Magistrate Judge
*Printed name and title*

RCVD USDC FLND PN
MAY 2 '25 AM10:05