**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                          **CASE NO.: 3:25cr92/MCR**

**BALTAZAR R. MIXTECO-TEMAXTLE**
_____/

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO "FAST-TRACK" EARLY DISPOSITION PROGRAM**

COMES NOW the United States of America, by and through the

undersigned Assistant United States Attorney, pursuant to U.S. Sentencing

Guidelines Manual § 5K3.1, and hereby respectfully moves for a downward

departure of the above-captioned defendant's adjusted offense level, and as

reasons, therefore, states as follows:

An early disposition program for defendants charged with illegal reentry in

violation of 8 U.S.C. § 1326 ("Fast-Track Program") was authorized and approved

by the Attorney General of the United States and the United States Attorney for the

Northern District of Florida and was made effective March 1, 2012, in this district.

U.S. Sentencing Guidelines Manual § 5K3.1 allows a court to depart downward

not more than four levels pursuant to such a program upon motion of the

government.

The defendant has stated his intent to enter into a written plea agreement pursuant to the Fast-Track Program.  The defendant is scheduled for a combined plea and sentencing hearing on June 30, 2025.  (Doc. 22.)  The probation office is preparing a presentence report in accordance with the Fast-Track plea agreement, which will calculate the defendant's advisory sentencing guidelines range.  Pursuant to that plea agreement, upon the Court successfully accepting the defendant's guilty plea, the government moves for a <u>two-level</u> downward departure after any adjustment for prior criminal conviction(s) pursuant to U.S. Sentencing Guidelines Manual § 2L1.2 and for acceptance of responsibility pursuant to §3E1.1, as applicable.

WHEREFORE, the government respectfully moves this Honorable Court to depart downward two levels upon acceptance of the defendant's guilty plea.

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

JEFFREY M. THARP
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 0045066
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Email: jeffrey.tharp@usdoj.gov

## <u>LOCAL RULE 7.1(F) CERTIFICATE</u>

I HEREBY CERTIFY that the above memorandum complies with the word

limit in N.D. Fla. Loc. R. 7.1(F) because this memorandum contains 369 words,

excluding those parts that are exempted by the rule.

JEFFREY M. THARP
Assistant United States Attorney