IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 3:25cr92/MCR

BALTAZAR R. MIXTECO-TEMAXTLE
_____/

## FACTUAL BASIS FOR GUILTY PLEA

This statement of facts is submitted on behalf of the undersigned parties. All parties agree that if the above-captioned case were to go to trial, the government could produce competent, substantial evidence of the following facts to prove the defendant is guilty of the offense charged in the Indictment to which the defendant is pleading guilty. The parties further agree that not all of the facts known from or related to this investigation are contained in this brief summary.

## STATEMENT OF FACTS

On or about February 22, 2025, Defendant Baltazar Reyes Mixteco-Temaxtle was discovered by Department of Homeland Security ("DHS") to be voluntarily and illegally in the United States following a traffic stop in Pensacola, Florida. DHS records confirm the defendant is a citizen of Mexico and had been previously removed from the United States on or about June 22, 2013, and on or about December 13, 2017. The defendant had not applied with Attorney General or the

1

FILED IN OPEN COURT
6 /30 /25  /QR
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Secretary of Homeland Security to reenter the United States following his removal, and had no lawful basis for his presence in the United States on February 22, 2025.

## ELEMENTS

A defendant can be found guilty of illegal reentry by a removed alien, in violation of 8 U.S.C. § 1326, only if:

*First:* the defendant was an alien at the time stated in the indictment;

*Second:* the defendant had been deported, excluded, or removed from the United States;

*Third:* afterward, the defendant knowingly reentered or was found to be voluntarily back in the United States; and

*Fourth:* the defendant did not have the consent of the Secretary of Homeland Security for the United States to apply for readmission to the United States.

_____
MARIA DYKES
Attorney for Defendant

6/30/2025
Date

_____
BALTAZAR R. MIXTECO-TEMAXTLE
Defendant

6/30/2025
Date

JOHN P. HEEKIN
United States Attorney

_____
JEFFREY M. THARP
Assistant United States Attorney

6/30/2025
Date

2